BETY JAVIDZAD (SBN 240598)
bety.javidzad@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

Attorney for Defendant
MSC Merchant Service Center, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING, INC., a California corporation, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MSC MERCHANT SERVICE CENTER, LLC, a Nevada limited liability company,<br><br>　　　　Defendant. | No. 3:19-cv-07965<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Service:　　　　　　　December 12, 2019<br>Current response date: January 2, 2020<br>New response date:　　February 3, 2020 |

Defendant MSC Merchant Service Center, LLC ("Defendant") on the one hand, by and through its attorney of record, and Abante Rooter and Plumbing, Inc. ("Plaintiff") on the other hand, by and through its attorneys of record, hereby stipulate and agree as follows:

## RECITALS

1. According to the Federal Rules, January 2, 2020, is the deadline for

1  Defendant to answer or otherwise respond to the Complaint; and

2      2.    The parties are engaging in good faith discussions regarding the
3  allegations in the Complaint and desire additional time to do.

4      NOW THEREFORE, in consideration of the facts set forth above, the parties
5  hereby stipulate and agree as follows:

6      1.    The deadline for Defendant to answer or otherwise respond to the
7  Complaint shall be continued to February 3, 2020; and

8      2.    Defendant does not waive any defenses to the Complaint or its right to
9  move to dismiss the Complaint.

10     IT IS SO STIPULATED.

12 Dated: December 26, 2019    DENTONS US LLP

13     By: */s/* Bety Javidzad
14         Bety Javidzad

15     Attorney for Defendant

17 Dated: December 26, 2019    WOODROW & PELUSO LLC

18     By: */s/* Taylor Smith
19         Taylor Smith

20     Attorney for Plaintiff

24 113917369

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300