UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING, INC., a California corporation, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MSC MERCHANT SERVICE CENTER, LLC, a Nevada limited liability company,<br><br>Defendant. | Case No. 3:19-cv-07965<br><br>**MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT** |

COMES NOW Bety Javidzad, lead counsel for Defendant MSC Merchant Service Center, LLC, ("Defendant"), and on behalf of herself and the law firm of Dentons US LLP ("Counsel"), requests leave of Court to withdraw as counsel of record.  Counsel states as grounds the following:

Counsel shows good cause for withdrawal because, after extended discussions regarding this topic, Defendant indicated in an email on January 28,

2020, that Defendant no longer wants to utilize the services of Counsel. Such representation is reaffirmed by the signature below of Defendant's representative. Counsel has advised Defendant that a corporation may not represent itself in this lawsuit, and thus Counsel will file a Stipulation for Extension of Time for Defendant to respond to the Complaint to allow Defendant additional time for informal resolution or retention of replacement Counsel. Counsel has notified Plaintiff's Counsel of this withdrawal, and Plaintiff's Counsel has not indicated any objection.

WHEREFORE, Counsel requests that this Court grant Bety Javidzad and the law firm of Dentons US LLP its motion to withdraw as counsel on behalf of Defendant, and grant such further and other relief as the Court deems necessary and proper.

Dated:  January 29, 2020           DENTONS US LLP

/s/ Bety Javidzad
    Bety Javidzad

DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA  90017
Telephone: 213-243-6115
Fax:  213-243-9924
Bety.javidzad@dentons.com


Dated:  January 29, 2020           MSC MERCHANT SERVICE CENTER, LLC

_____
Representative for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of January, 2020, I electronically filed the foregoing with the Clerk of the Court using the *CM/ECF* system. This MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT has been served on all counsel of record by way of the *CM/ECF*.

By: /s/ Bety Javidzad
    Bety Javidzad

114125232