United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING INC,<br><br>  Plaintiff,<br><br>  v.<br><br>MSC MERCHANT SERVICE CENTER, LLC,<br><br>  Defendant. | Case No. 19-cv-07965-RS<br><br>**ORDER REQUESTING SUPPLEMENTAL BRIEFING** |

Defense counsel Dentons US LLP has moved to withdraw from the present action and indicated that the motion is unopposed by plaintiffs. *See* ECF No. 20. The grounds for this withdrawal purport to be that "Defendant indicated in an email on January 28, 2020, that Defendant no longer wants to utilize the services of Counsel." *Id.* That wish is purportedly "reaffirmed" by defendant's signature on the motion. *Id.*

However, the initial version of the motion, *see* ECF No. 18, had no signature on behalf of defendant. The amended version is signed by Renalyn Sales, who purports to be a "representative for defendant." *See* ECF No. 20. However, the motion does not specify what authority Sales has to represent defendant. It also does not contain any other evidence demonstrating defendant's purported wish for counsel to withdraw, such as a declaration or a copy of the January 28 email.

While the motion may be unopposed by plaintiff's counsel, before it can be considered, defense counsel is ordered to provide supplemental briefing explaining what authority Sales has to speak on behalf of defendant and/or provide additional evidence demonstrating defendant's

purported wish for counsel to withdraw. Defense counsel will be given 10 days to submit this supplemental briefing.

**IT IS SO ORDERED**.

Dated: January 30, 2020

RICHARD SEEBORG
United States District Judge