BETY JAVIDZAD (SBN 240598)
bety.javidzad@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone:  (213) 623-9300
Facsimile:   (213) 623-9924

Attorney for Defendant
MSC Merchant Service Center, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| ABANTE ROOTER AND PLUMBING, INC., a California corporation, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MSC MERCHANT SERVICE CENTER, LLC, a Nevada limited liability company,<br><br>Defendant. | No. 3:19-cv-07965<br><br>**DECLARATION OF BETY JAVIDZAD IN SUPPORT OF MOTION TO WITHDRAW** |
|---|---|

1. My name is Bety Javidzad. I am over the age of eighteen (18) years and am competent to execute this Declaration.

2. I am currently counsel for MSC Merchant Service Center, LLC in the above-cited matter.

3. It has been represented to me that Renalyn Sales is the Founder, sole Owner, and Managing Member of MSC Merchant Service Center, LLC with full authority to act on behalf of the company. It has also been represented to me that

there are no other owners or officers of MSC Merchant Service Center, LLC.

4. During my representation, I have communicated with Ms. Sales via email at both info@mscmerchant.com and rsales@mscmerchant.com.

5. Attached as Exhibit A is a true and correct copy of email correspondence between Ms. Sales and me. Portions have been redacted as they are protected by the attorney-client privilege. This email confirms conversations over the telephone and other written communications relating to MSC Merchant Service Center, LLC's desire to terminate my representation in this lawsuit.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 3, 2020.

By: /s/ Bety Javidzad
      Bety Javidzad

114148344