| | |
|---|---|
| **From:** | MSC MERCHANT SERVICE <info@mscmerchant.com> |
| **Sent:** | Tuesday, January 28, 2020 6:47 PM |
| **To:** | Javidzad, Bety |
| **Cc:** | Silver, Mark A.; Rhenz Sales |
| **Subject:** | Re: answers |

**[External Sender]**

Hi Bety,

Redacted

Thank you. [Redacted] Please ask the other counsel to communicate with us directly here. Please end our agreement. Thank you.

On Tue, Jan 28, 2020 at 2:40 PM Javidzad, Bety <bety.javidzad@dentons.com> wrote:

> Dear Alex/Renalyn,
>
> Redacted
>
> [Redacted]
>
> Please advise as soon as possible.
>
> Best,
>
> Bety